

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2020

No. 04-20-00241-CV

**IN RE** Joe Anthony **ESPINOZA**

Original Mandamus Proceeding[1]

**ORDER**

On May 6, 2020, relator filed a petition for writ of mandamus and the real party in interest filed a response. We conditionally grant the petition for writ of mandamus and order the Honorable Susan Harris to, within fifteen days of this order, vacate her January 17, 2020 "Order Denying Respondent's Motion to Dismiss for Lack of Subject Matter Jurisdiction" *See* TEX. R. APP. P. 52.8(c). The writ will issue only in the event we are informed Judge Harris has failed to comply with this order.

It is so **ORDERED** on August 5, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 1915-C, styled *In the Interest of J.A.E., Jr., a Child*, pending in the County Court at Law, Kerr County, Texas. The Honorable Susan F. Harris signed the order at issue in this proceeding.